UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS SERDA DIAZ,<br><br>   Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>   Defendant. | No. 1:24-cv-0745 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 3, 10) |

Elias Serda Diaz is a state prisoner, and asserts he suffered violations of his rights while housed at North Kern State Prison.  (Doc. 2.)  The complaint was initially lodged as Plaintiff's fourth amended complaint in Case No. 1:23-cv-01296-KES-BAM, after which the Court directed the Clerk of Court to open a new case with the complaint and Plaintiff's application to proceed *in forma pauperis*.  (*See* Doc. 1.)

The magistrate judge reviewed Plaintiff's Inmate Statement Report and found he had "sufficient funds to pre-pay the $405.00 filing fee in full to commence this action and still will have adequate funds left over for any incidental personal or commissary expenses." (Doc. 10 at 3.)  Therefore, the magistrate judge recommended Plaintiff's application to proceed *in forma pauperis* be denied, and Plaintiff be directed to pay the filing fee, "absent which the Court will dismiss this action without prejudice."  (*Id.* at 4.)

Plaintiff filed timely objections to the Findings and Recommendations.  (Doc. 11.)

1

Plaintiff objects to his "complaint from being dismissed" and indicates he "give[s] the Court permission to take the full amount" of the filing fee from his trust account.  (*Id.* at 1.)

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis. Plaintiff does not dispute that he has the funds available to pay the filing fee. (*Id.*)  To the extent he mistakenly believed that the complaint may be dismissed at this time, the Court now clarifies that the complaint is subject to dismissal <u>if</u> Plaintiff does not pay the filing fee as ordered below.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on July 30, 2024 (Doc. 10) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 3) is **DENIED**.
3. Plaintiff **SHALL** pay the filing fee of $405.00 <u>within 30 days</u> of service of this order.
4. **Plaintiff is advised the failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 14, 2024**

*[signature]*
UNITED STATES DISTRICT JUDGE