UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS SERDA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>J. KAMAR, et al.,<br><br>Defendants. | Case No. 1:24-cv-00745-JLT-HBK (PC)<br><br>ORDER FINDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME MOOT<br><br>(Doc. No. 17) |

Pending before the Court is Plaintiff's Motion for Extension of Time, filed October 15, 2024. (Doc. No. 17). Liberally construed, Plaintiff seeks additional time to pay the filing fee. (*See id*.). On October 15, 2024, the Court received the $405.00 payment from Plaintiff's trust account for the filing fee (Receipt No. 100003805). Thus, the Court finds Plaintiff's Motion is moot.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Extension of Time (Doc. No. 17) is **MOOT**.

2. The Court will screen Plaintiff's Complaint (Doc. No. 2) in due course.

Dated: October 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE